# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Janet Lane,<br>      PLAINTIFF,<br><br>vs.<br><br>Forest Group Oklahoma LLC d/b/a/ Forest Lumber Company,<br><br>      DEFENDANT. | )<br>)<br>)<br>)<br>) Case No. CIV-16-00160-F<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter shall be dismissed with prejudice as to the above named parties and all related entities without any finding of wrongdoing. This Dismissal with Prejudice shall apply to all claims that were or could have been asserted against either party in this action. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 1st DAY OF MARCH, 2017**.

/s/ Christine C. Vizcaino
Christine C. Vizcaino, OBA #30527
Katherine R. Mazaheri, OBA #21746
Mazaheri Law Firm, PLLC
3445 W. Memorial Rd., Ste. H
Oklahoma City, OK 73134
christine@mazaherilaw.com
*Attorneys for Plaintiff*

*/s/ Tony G. Puckett\**
*(\*signed with permission)*
Tony Puckett, OBA No. 13336
Paige Good, OBA No. 31595
McAfee & Taft, A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Tony.puckett@mcafeetaft.com
Paige.good@mcageetaft.com
*Attorneys for Defendant*